425 A.2d 11

Belfor et ux. v. Scalise et al., Appellants.

Reargument Denied March 14, 1980.

Argued June 28, 1979. Louis Podel, for appellant; Barbara Lanza Farley, for appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Order affirmed.

425 A.2d 12

In the Interest of Boban, a minor.

Appeal of Boban.

Submitted April 11, 1979. Jack Sparacino, Assistant Public Defender, for appellant; Louis H. Ceraso, Assistant District Attorney, for appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Adjudication affirmed.

* President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation. This decision was reached following the death of Robinson, J.